(October 26, 1984)

■ In the Matter of ERIC P. VON WIEGEN, an Attorney, Respondent. COMMITTEE ON PROFESSIONAL STANDARDS, THIRD JUDICIAL DEPARTMENT, Petitioner. — Application for stay of suspension pending reconsideration of the sanction previously imposed and entry of a final order of discipline in accordance with the decision of the Court of Appeals dated October 16, 1984, granted. Mahoney, P. J., Kane, Main, Casey and Weiss, JJ., concur.